# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK D. FOX,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-01197-SAB<br><br>ORDER ENTERING STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE<br><br>(ECF No. 8) |

On October 14, 2022, the parties filed a stipulation to extend the deadline for Defendant Experian Information Solutions, Inc., to respond to the complaint. (ECF No. 8.) The Court finds good cause exists to grant the requested relief. The Court notes that pursuant to Local Rule 144(a), Court approval of the stipulation to extend time is not required, however, given the parties submitted a proposed order, the Court enters this order approving the stipulation.

Accordingly, IT IS HEREBY ORDERED that the deadline for Defendant Experian Information Solutions, Inc., to file a response to the complaint is extended to **November 7, 2022**.

IT IS SO ORDERED.

Dated:   **October 17, 2022**

　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1