# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK D. FOX,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 1:22-cv-01197-ADA-SAB<br><br>AMENDED ORDER RE DISPOSITIONAL DOCUMENTS<br><br>(ECF Nos. 36, 37)<br><br>**DEADLINE: JULY 12, 2023** |

On June 21, 2023, Plaintiff filed a notice of settlement indicating that Plaintiff has settled the matter as to Defendant Trans Union, LLC, only.  (ECF No. 36.)  On June 22, 2023, the Court issued an order requiring the filing of dispositional documents, however, the order referenced Defendant Experian Information Solutions Inc. rather than Trans Union, LLC.  (ECF No. 37.) The Court issues this order to clarify that the dispositional documents due on July 12, 2023, shall pertain to Defendant Trans Union, LLC, and not Defendant Experian Information Solutions, Inc. See L.R. 160(b) ("[T]he Court shall fix a date upon which the documents disposing of the action or motion must be filed, which date shall not be more than twenty-one (21) days from the date of said notification, absent good cause.").

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file dispositional documents pertaining to Trans Union, LLC, **on or before July 12, 2023**, and Plaintiff shall not be required to file dispositional documents as to Defendant Experian Information Solutions Inc.

IT IS SO ORDERED.

Dated:   **June 23, 2023**

UNITED STATES MAGISTRATE JUDGE