# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK D. FOX,<br><br>  Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>  Defendant. | Case No. 1:22-cv-01197-ADA-SAB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 24, 43) |

A scheduling order for this matter issued on January 5, 2023, and has not been modified. (ECF No. 24.) The nonexpert discovery deadline expires August 1, 2023. (Id.) On July 31, 2023, the parties filed a stipulated motion to modify the scheduling order. (ECF No. 43.) The parties request to extend the nonexpert discovery deadline for a period of sixty (60) days in order to complete certain depositions that the parties have been unable to complete due to scheduling conflicts. The parties proffer no other scheduling deadlines need to be modified. The Court finds good cause to grant the stipulated motion.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that the parties' stipulated motion to modify the schedule (ECF No. 43) is GRANTED, and the scheduling order (ECF No. 24) is modified as follows:

1. The nonexpert discovery deadline is extended to **October 2, 2023**; and
2. All remaining deadlines set forth in the scheduling order shall remain unaltered.

IT IS SO ORDERED.

Dated: **July 31, 2023**

UNITED STATES MAGISTRATE JUDGE