

## United States District Court
## Eastern District of California

| | |
|---|---|
| Rick D. Fox | Case Number: 1:22-CV-01197-DAD-SCR |
| Plaintiff(s) | |

V.

Experian Information Solutions, Inc. et al.

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Kevin Hasenfang hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Experian Information Solutions, Inc.

On  05/08/2023  (date), I was admitted to practice and presently in good standing in the
State of Illinois  (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date:  10/03/2024        Signature of Applicant: /s/  Kevin Hasenfang

**Pro Hac Vice Attorney**

Applicant's Name: Kevin Hasenfang

Law Firm Name: Jones Day

Address: 110 N. Wacker Dr., Suite 4800

City: Chicago    State: IL    Zip: 60606

Phone Number w/Area Code: (312) 269-1530

City and State of Residence: La Grange, IL

Primary E-mail Address: khasenfang@jonesday.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Matthew T. Billeci

Law Firm Name: Jones Day

Address: 3161 Michelson Drive, Suite 800

City: Irvine    State: CA    Zip: 92612

Phone Number w/Area Code: (949) 851-3939    Bar # CA #329014

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 4, 2024

_Dale A. Drozd_

JUDGE, U.S. DISTRICT COURT