UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICK D. FOX,

          Plaintiff,

    v.

EXPERIAN INFORMATION
SOLUTIONS, INC. et al.,

          Defendants.

No.  1:22-cv-01197-DAD-SCR

ORDER GRANTING MOTION TO
WITHDRAW

(Doc. No. 126)

This matter is before the court on the motion to withdraw attorneys Jayce Gustafson and Edwin Howell of the firm Jones Day as counsel of record for defendant Experian Information Solutions, Inc. ("Experian"). (Doc. No. 126.)  In that motion, attorney Gustafson states that defendant Experian consents to this request and that attorneys John A. Vogt, Matthew T. Billeci, Cheryl L. O'Connor, and Nicholas Wiley of the firm Goodwin Procter, LLP, will continue in their representation of defendant Experian.  (*Id.* at ¶¶1–2.)

The court notes that Local Rule 182(d) does not require the filing of a motion to withdraw unless the client would be left without representation.  L.R. 182(d); *see also Stiles v. Walmart, Inc.*, No. 2:14-cv-02234-KJM-DMC, 2020 WL 9160834, at *3 (E.D. Cal. July 14, 2020).  Accordingly, the motion to withdraw as counsel (Doc. No. 126) will be construed as a notice of withdrawal.  Pursuant to this notice, the Clerk of the Court is DIRECTED to terminate attorneys

1

Jayce Gustafson and Edwin Howell as counsel of record in this action on behalf of defendant Experian.  Attorney Gustafson's request for withdrawal of counsel (Doc. No. 126) is granted.

IT IS SO ORDERED.

Dated:    **June 23, 2026**                                   _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2